No. 97–6902. BRIGGS *v.* IGNACIO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6905. FORTY *v.* FLORIDA. Cir. Ct. Pinellas County, Fla. Certiorari denied.

No. 97–6907. HALL *v.* MINNESOTA ET AL. Ct. App. Minn. Certiorari denied.

No. 97–6912. KELLEY *v.* ROLFS ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 97–6913. NANCE *v.* PIKE, SHERIFF, WYTHE COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 97–6922. WATKIS *v.* THRASHER ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 97–6923. WICKLIFFE *v.* SUPERIOR COURT OF INDIANA, MARION COUNTY, ET AL. Sup. Ct. Ind. Certiorari denied.

No. 97–6925. TRIESTMAN *v.* DEPARTMENT OF JUSTICE, OFFICE OF PROFESSIONAL RESPONSIBILITY. C. A. D. C. Cir. Certiorari denied.

No. 97–6929. TULK *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–6930. TYLER *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–6936. RAINWATER *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 97–6953. KENLEY *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 97–6960. JOHNSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 97–6961. YAHWEH *v.* ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮